UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: **22-22713-CIV-MARTINEZ-BECERRA**

AISHA PETERSEN,

    Plaintiff,

vs.

STELLA MCCARTNEY AMERICA, INC.,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Entry of Final Default Judgment. (ECF No. 8). Judge Becerra filed an R&R recommending that the Motion be granted in part and denied in part. (ECF No. 11). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Becerra's R&R, (ECF No. 11), is **AFFIRMED** and **ADOPTED**. Further, it is **ADJUDGED** and **ORDERED** that

1. Petitioner's Motion for Entry of Final Default Judgment, (ECF No. 8), is **GRANTED IN PART AND DENIED IN PART** as follows:
    a. Plaintiff's request that final judgment be entered against Defendant as to liability is **GRANTED**.
    b. Plaintiff's request for an injunction be **DENIED WITHOUT PREJUDICE**.
    c. Plaintiff's request for an award of attorney's fees is **DENIED WITHOUT PREJUDICE**.
    d. Plaintiff's request for litigation expenses is **DENIED WITHOUT**

    **PREJUDICE**.

   e. Plaintiff's request for costs in the amount of $462.00 is **GRANTED**.

 2. Final judgement shall be entered by a separate order.

**DONE AND ORDERED** in Miami, Florida, this 22 day of June, 2023.

```
                              _____
                              JOSE E. MARTINEZ
                              UNITED STATES DISTRICT JUDGE
```

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record