UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 22-22713-CIV-MARTINEZ-BECERRA**

AISHA PETERSEN,

Plaintiff,

vs.

STELLA MCCARTNEY AMERICA, INC.,

Defendant.

______________________________/

**FINAL DEFAULT JUDGMENT**

**THIS CAUSE** came before the Court upon the Court's Order Adopting Magistrate Judge's Report and Recommendation ("R&R"). (ECF No. 11).

It is hereby **ORDERED AND ADJUDGED** as follows:

1. Final Default Judgment is entered in favor of Plaintiff Aisha Petersen and against Defendant Stella McCartney America, Inc.

2. Plaintiff is entitled to a total of $462.00 in costs.

**DONE AND ORDERED** in Miami, Florida this 22 day of June, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All counsel of record